STATE OF OREGON,
*Respondent,*

*v.*

DAWN LEIGH SESSION,
*Appellant.*

(C-2859; CA A48317)

772 P2d 958

Steven V. Humber, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Diane Lefkow, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Graber, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Edmonds, J., concurring.

Riggs, J., dissenting.

**EDMONDS, J.,** concurring.

I concur with the majority only because a panel of this court has held in a companion case on the same fact, that *State v. Ainsworth,* 95 Or App 240, 770 P2d 58, *rev allowed* 308 Or 158 (1989), controls. *State v. Gohring,* 95 Or App 746, 770 P2d 614 (1989). Were it not for that fact, I would hold that the facts of this case are distinguishable from *Ainsworth.*

**RIGGS, J.,** dissenting.

For the reasons I expressed in my dissent in *State v. Ainsworth,* 95 Or App 240, 770 P2d 58, *rev allowed* 308 Or 158 (1989), I dissent.